# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN HAYNES, | Civil Action No. 2: 19-cv-1407 |
| Petitioner, | Chief United States Magistrate Judge |
| v. | Cynthia Reed Eddy |
| MICHAEL CLARK, Superintendent Albion Correctional Institute; JOHN SHAPIRO,[1] the Attorney General of the State of Pennsylvania, and the DISTRICT ATTORNEY OF MERCER COUNTY, | |
| Respondents. | |

## ORDER

**AND NOW**, this 21st day of February, 2020, for the reasons set forth in the accompanying Memorandum Opinion, the Petition for Writ of Habeas Corpus is **DISMISSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: John J. Bongivengo
(via ECF electronic notification)

Jacob C. Sander
Mercer County District Attorney's Office
(via ECF electronic notification)

---

[1] The Attorney General for the Commonwealth of Pennsylvania is Josh Shapiro. Petitioner erroneously listed "John Shapiro" as the Attorney General.

1